UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ABIGAIL GLOVER  
166 PINE RIDGE ROAD  
UNION SPRINGS, AL 36089

CASE NO: 09-30461-DHW  
Chapter 13

Soc. Sec. No. XXX-XX-8158  
Debtor.

**INCOME WITHHOLDING ORDER**

TO: BULLOCK COUNTY HOSPITAL  
ATTN PAYROLL  
MAXIUM EFFICIENCY SUARED, LLC  
MONTGOMERY, AL 36116

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that BULLOCK COUNTY HOSPITAL withhold from the wages, earnings, or other income of this debtor the sum of $143.00 BI-WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
09-30461-DHW ABIGAIL GLOVER  
P O BOX 613108  
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Thursday, March 19, 2009 .

cc: Debtor  
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge